```
                    *** NOTIFICATION OF DIRECT DEPOSIT ***
To:     KIMBERLY G. MEYERS

From:   AVON LOCAL SCHOOLS
        35573 DETROIT ROAD
        AVON         OH 44011
```

The accounts designated in your Authorization Agreement for Automatic
Deposit are credited in the amount of        $618.29

Funds are available in your accounts as of    04/05/19

Your salary has been deposited as follows:

| Type     | Description | Amount |
|----------|-------------|--------|
| Checking | DIR.DEP.    | 618.29 |

Below is a summary of your pay for the period ending 03/20/19.

| Name | PAY Units | Amount | Name | DEDUCTIONS Amount | YTD-AMT | Name | Amount | YTD-AMT |
|------|-----------|--------|------|-------------------|---------|------|--------|---------|
| Regular | | 866.25 | SIT-TAX | 6.00 | 42.00 | AVON | 12.85 | 89.95 |
| | | | DENT 125 | 7.67 | 53.72 | HOSP 125 | 120.70 | 844.90 |
| | | | VIS 125 | 3.46 | 24.25 | SERS-TS | 86.63 | 606.41 |
| | | | MEDICARE | 10.65 | 74.55 | | | |

```
Gross Amount        866.25
Adjusted Gross      647.79       * Board Amount
Gross Y-T-D       6,063.75

Sick Leave            Vacation Leave       Personal Leave        Service Days
Use/Balance           Use/Balance          Use/Balance           Period/Contract
.000/52.250           .000/.000            .000/3.000            11/148

Federal Exemption  S  04                   Total Deductions      247.96
State Exemptions      04    Deposit #713509  Net Pay             618.29
```

Please send E-Mail to fantaw@avoneagles.org when you need to change the
email address where the direct deposit notice is sent.

Notices:

```
                    *** NOTIFICATION OF DIRECT DEPOSIT ***
To:     KIMBERLY G. MEYERS

From:   AVON LOCAL SCHOOLS
        35573 DETROIT ROAD
        AVON             OH 44011

The accounts designated in your Authorization Agreement for Automatic
Deposit are credited in the amount of        $618.27

Funds are available in your accounts as of   03/20/19

Your salary has been deposited as follows:
   Type          Description                     Amount
   Checking      DIR.DEP.                        618.27


Below is a summary of your pay for the period ending 03/05/19.
            PAY                              DEDUCTIONS
Name       Units    Amount  Name      Amount  YTD-AMT  Name       Amount   YTD-AMT
-----------------------------------------------------------------------------------
Regular             866.25  SIT-TAX     6.00    36.00  AVON        12.85     77.10
                            DENT 125    7.68    46.05  HOSP 125   120.70    724.20
                            VIS 125     3.47    20.79  SERS-TS     86.63    519.78
                            MEDICARE   10.65    63.90

Gross Amount       866.25         * Board Amount
Adjusted Gross     647.77
Gross Y-T-D      5,197.50

Sick Leave           Vacation Leave      Personal Leave        Service Days
Use/Balance          Use/Balance         Use/Balance           Period/Contract
.000/51.000          .000/.000           .000/3.000            6/137

Federal Exemption  S  04              Total Deductions    247.98
State Exemptions   04   Deposit #712949  Net Pay          618.27
```

Please send E-Mail to fantaw@avoneagles.org when you need to change the
email address where the direct deposit notice is sent.

Notices:

```
                    *** NOTIFICATION OF DIRECT DEPOSIT ***
To:     KIMBERLY G. MEYERS

From:   AVON LOCAL SCHOOLS
        35573 DETROIT ROAD
        AVON         OH 44011

The accounts designated in your Authorization Agreement for Automatic
Deposit are credited in the amount of        $618.29

Funds are available in your accounts as of    03/05/19

Your salary has been deposited as follows:

   Type            Description                     Amount
   Checking        DIR.DEP.                        618.29


Below is a summary of your pay for the period ending 02/20/19.

            PAY                               DEDUCTIONS
Name        Units    Amount  Name      Amount  YTD-AMT  Name        Amount   YTD-AMT
-----------------------------------------------------------------------------------
Regular              866.25  SIT-TAX     6.00    30.00  AVON         12.85     64.25
                             DENT 125    7.67    38.37  HOSP 125    120.70    603.50
                             VIS 125     3.46    17.32  SERS-TS      86.63    433.15
                             MEDICARE   10.65    53.25

Gross Amount        866.25        * Board Amount
Adjusted Gross      647.79
Gross Y-T-D       4,331.25

Sick Leave           Vacation Leave       Personal Leave       Service Days
Use/Balance          Use/Balance          Use/Balance          Period/Contract
.000/51.000          .000/.000            .000/3.000           10/131

Federal Exemption  S  04                  Total Deductions     247.96
State Exemptions      04    Deposit #712397  Net Pay           618.29
```

Please send E-Mail to fantaw@avoneagles.org when you need to change the
email address where the direct deposit notice is sent.

Notices:

```
                  *** NOTIFICATION OF DIRECT DEPOSIT ***
To:    KIMBERLY G. MEYERS

From:  AVON LOCAL SCHOOLS
       35573 DETROIT ROAD
       AVON          OH 44011
```

The accounts designated in your Authorization Agreement for Automatic
Deposit are credited in the amount of         $618.27

Funds are available in your accounts as of    02/20/19

Your salary has been deposited as follows:

```
    Type          Description                       Amount
    Checking      DIR.DEP.                          618.27
```

Below is a summary of your pay for the period ending 02/05/19.

```
         PAY                              DEDUCTIONS
Name     Units   Amount  Name      Amount  YTD-AMT  Name       Amount   YTD-AMT
---------------------------------------------------------------------------------
Regular          866.25  SIT-TAX     6.00   24.00   AVON        12.85     51.40
                        DENT 125    7.68   30.70   HOSP 125   120.70    482.80
                        VIS 125     3.47   13.86   SERS-TS     86.63    346.52
                        MEDICARE   10.65   42.60

Gross Amount     866.25           * Board Amount
Adjusted Gross   647.77
Gross Y-T-D    3,465.00

Sick Leave           Vacation Leave       Personal Leave       Service Days
Use/Balance          Use/Balance          Use/Balance          Period/Contract
.000/49.750          .000/.000            .000/3.000           12/121

Federal Exemption S  04                   Total Deductions     247.98
State Exemptions     04    Deposit #711827  Net Pay            618.27
```

Please send E-Mail to fantaw@avoneagles.org when you need to change the
email address where the direct deposit notice is sent.

Notices: